**FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
265 S. Doheny Dr.
Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ESQUEDA, | Case No. 2:21-cv-00657-DSF-JEM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| FIDELITY CAPITAL HOLDINGS, INC. *dba* FIDELITY CREDITOR SERVICE, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff, Brenda Esqueda, and Defendant, Fidelity Capital Holdings, Inc. *dba* Fidelity Creditor Service, have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within sixty (60) days.

DATED this 9th day of August, 2021.　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Neda Farah*
　　　　　　　　　　　　　　　　　　　　　　Neda Farah
　　　　　　　　　　　　　　　　　　　　　　FARAH LAW, P.C.
　　　　　　　　　　　　　　　　　　　　　　265 S. Doheny Dr., Suite 102
　　　　　　　　　　　　　　　　　　　　　　Beverly Hills, CA 90211
　　　　　　　　　　　　　　　　　　　　　　(310) 666-3786 (phone)
　　　　　　　　　　　　　　　　　　　　　　(775) 261-1726 (fax)
　　　　　　　　　　　　　　　　　　　　　　neda@nedafarahlaw.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff, Brenda Esqueda*

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Central District of California on this 9th day of August, 2021. Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF system.

          */s/ Neda Farah*
          Neda Farah
          FARAH LAW, P.C.