**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BRENDA ESQUEDA,

                    Plaintiff,

   v.

FIDELITY CAPITAL HOLDINGS,
INC. dba FIDELITY CREDITOR
SERVICE,

                 Defendant.

CASE NO.  2:21-cv-00657-DSF-JEM

**ORDER RE: JOINT STIPULATION
OF DISMISSAL WITH PREJUDICE;**

Action Filed: January 25, 2021

    The Court, having considered the Joint Stipulation of Dismissal with Prejudice, hereby dismisses the above-styled case with prejudice, with each side to bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

DATED:  October 22, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1